IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| LARRY J. MITCHELL | § | |
| VS. | § | CIVIL ACTION NO. 1:03cv428 |
| BRANDON COOK, ET AL. | § | |

**FINAL JUDGMENT**

This action came on before the Court, Honorable Thad Heartfield, District Judge, presiding, and, the issues having been duly considered and a decision having been duly rendered, it is

**ORDERED** and **ADJUDGED** that plaintiff take nothing, and this lawsuit is **DISMISSED** pursuant to 28 U.S.C. § 1915(e) as frivolous and for failure to state a claim upon which relief may be granted. All motions not previously ruled on are hereby **DENIED**.

**SIGNED** this the 22 day of **June, 2005.**

_____
Thad Heartfield
United States District Judge